IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| MICHAEL BRISTOL, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 09-4155 |
| | : | |
| E. T. SETTLE, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 25th day of March, 2011, upon consideration of Defendant, Correctional Officer E.T. Settle's, Motion for Summary Judgment (Doc. No. 12), and Plaintiff, Michael Bristol's, Response and the Reply thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE